No. 79–5371. LAPINSKY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5384. GOOLSBY v. MILLER, SECRETARY OF THE TREASURY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5428. PEAK v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 79–5429. REESE v. NELSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–5433. COLBERT v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 79–5434. JACKSON v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 79–5437. THOMAS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–5451. BURNEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 79–5454. HENDERSON v. ROACH ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–5455. BRUCE v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 79–5456. ORSCANIN v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 79–5457. GARCIA v. HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–5459. HOLLEY v. ARIZONA. Ct. App. Ariz. Certiorari denied.